

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

March 30, 1970

Honorable Edgar A. Wallace            Opinion No. M-602
County Attorney, Kerr County
Chas. Schreiner Bank Building         Re: Compensation of the Court
Kerrville, Texas   78028                  Reporter for the 198th
                                          Judicial District and
Dear Mr. Wallace:                         related question.

        Your request for an opinion asks the following
question:

        "[W]hat is the maximum salary a court
    reporter can be paid in the newly created
    198th Judicial District and how each county
    in that district is to be assessed."

        The 198th Judicial District is composed of the
counties of Kerr, Bandera, Kendall, Menard, Concho, Kimble
and McCulloch. Subdivision (a) of Section 3.026 of Article
199a, Vernon's Civil Statutes. You point out in your re-
quest that the 198th Judicial District overlaps four counties
in the 2nd 38th Judicial District, one county in the 33rd
Judicial District and one county in the 35th Judicial Dis-
trict, and that Concho County is the only county in the 198th
Judicial District which has no overlap.

        Section 2.008, Article 199a, Vernon's Civil Statutes,
applicable to the 198th Judicial District, provides:

        "The district judge shall appoint an of-
    ficial shorthand reporter for the court who
    shall have the qualifications and receive the
    compensation prescribed by law. If other dis-
    trict courts have jurisdiction in the county,
    the official shorthand reporter is entitled to
    the compensation prescribed by law for the of-
    ficial shorthand reporters of the other dis-
    trict courts."

        The maximum compensation of the court reporter for
the 2nd 38th Judicial District is $8,500 per annum. Article

-2872-

2326j-51a, Vernon's Civil Statutes. The maximum compensation of the court reporter for the 33rd and 35th Judicial Districts is $8,500 per annum. Article 2326j-24, Vernon's Civil Statutes.

Article 2326j-24 provides that the salary fixed by the district judge "shall be paid monthly, by and in proportion for each county of the district as provided by law, . . . ." Article 2326j-51a provides that the salary fixed by the district judge shall be paid "by the commissioners court of each of the counties comprising the 2nd 38th Judicial District of Texas."

Since Section 2.008 of Article 199a provides that the official shorthand reporter shall receive the compensation prescribed by law for the official shorthand reporters of other district courts which have jurisdiction in the county, it is our opinion that the maximum compensation of the court reporter for the 198th Judicial District is the same as that prescribed for court reporters of the 2nd 38th Judicial District, the 33rd Judicial District and the 35th Judicial District counties of which overlap the 198th Judicial District. Accordingly, you are advised that it is our opinion that the maximum salary of a court reporter for the 198th Judicial District is $8,500 per annum.

The court reporter's salary to be fixed by the judge of the 198th Judicial District is assessable to each county in that district "in proportion to their population according to the latest United States decennial census." Article 2327a-1, Vernon's Civil Statutes.

## S U M M A R Y

The maximum salary of the court reporter of the 198th Judicial District is $8,500 per annum. The salary of the court reporter fixed by the judge of the 198th Judicial District is to be assessed each county in that district "in proportion to their population according to the latest United States decennial census." Article 2327a-1, V.C.S.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Hon. Edgar A. Wallace, page 3 (M-602)


Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Acting Co-Chairman
Austin C. Bray, Jr.
Bob Lattimore
Richard Chote
James M. Mabry

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant